| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Concho Business Solutions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **75-2545866** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1720 Neil Gay Rd., Suite 1D**<br>**Mesquite, TX**<br>ZIP CODE **75149** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2417 Sherwood Way**<br>**San Angelo, Texas** | ZIP CODE **76901** |
|---|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Concho Business Solutions Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                   Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): **Concho Business Solutions Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)
_____

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Jeff Carruth**
_____
  **Jeff Carruth**                                      Bar No. **24001846**
  jcarruth@bcylawyers.com
**Reed & Elmquist, P.C.**
**604 Water Street**
**Waxahachie, TX  75165**

Phone No. **(972) 938-7334**        Fax No. **(972) 923-0430**
_____
  09/22/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Concho Business Solutions, Inc.**

X **/s/ Roger L. Stephens**
_____
Signature of Authorized Individual

  **Roger L. Stephens**
_____
Printed Name of Authorized Individual

**Vice President - Director**
_____
Title of Authorized Individual

  **09/22/2009**
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address
X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Concho Business Solutions Inc.**                    CASE NO

                                                              CHAPTER   **11**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

 The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  09/22/2009                                 Signature   /s/ Roger L. Stephens
                                                           *Roger L. Stephens*
                                                           *Vice President - Director*


Date _____     Signature _____

ACT FAST DELIVERY OF S.A. INC.
P.O. BOX 65199
SAN ANTONIO, TX 78265


AFLAC
1932 WYNNTON ROAD
COLUMBUS, OH 31999


ALL BOOK COVERS ARIZONA, INC.
1445 S. MCCLINTOCK DR.
Tempe, AZ 85281


ANGELO WATER SERVICE
1007 N CHADBOURNE
SAN ANGELO, TX 76903


ARLINGTON INDUSTRIES, INC.
1001 TECHNOLOGY WAY
Libertyville, IL 60048


ARMSTRONG, BACKUS & CO.
515 W. HARRIS
SAN ANGELO, TX 76902


ATMOS ENERGY
PO BOX 78108
PHOENIX, AZ 85062


BANK OF AMERICA
P.O. BOX 15710
Wilmington, DE 19886


BROWNWOOD CHAMBER OF COMMERCE
P.O. BOX 880
BROWNWOOD, TX  76804

```
CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER
CHICAGO, IL 60693


CARL J. CAHILL INC.
P.O. BOX 1154
SONORA, TX 76950


CHUCK SONNENBERG
4549 ROCKWOOD
SAN ANGELO, TX 76905


CINDY JETTON
TAX ASSESSOR COLLECTOR
113 W. BEAUREGARD
SAN ANGELO, TX  76903


COMERICA BANK
MAIL CODE 6512 SBA
PO BOX 650282
DALLAS,  TX 75265


CUSTOM PRINTING
2402 EAST 6TH AVE
BELTON,  TX 76513


DAN SCOTT
3538 CLARE DR.
SAN ANGELO, TX 76904


DATA PRINT
509 S. JOHNSON
AMARILLO,  TX 79105


DDC NETWORKING
715 HUTCHINS
BALLINGER, TX 76821
```

```
DISCOUNT TIRE
P.O. BOX 29851
PHOENIX,  AZ 85038


E COMMERCE INDUSTRIES, INC.
2100 RESTON PARKWAY
SUITE 203
RESTON, VA 20191


EARLY CHAMBER OF COMMERCE
104 E. INDUSTRIAL DRIVE
EARLY,  TX 76802


ENNIS BUSINESS FORMS
P.O. BOX 841741
DALLAS, TX  75284


FLASH DELIVERY LLC
3815 PLEASANTON RD.
SAN ANTONIO,  TX 78221


FLEET ONE
MSC 30425
P.O. BOX 415000
NASHVILLE, TN 37241


G & B PRO-MARK INC
DBA PLATEMAKERS
7723 CENTRAL PARK DR
WACO, TX 76712


GENTLE TOUCH FAST LUBE
2125 SHERWOOD WAY
SAN ANGELO,  TX 76901


GLOBAL
SUITE 100
6950 ALAMO DOWNS PARKWAY
SAN ANTONIO,  TX 78238
```

```
GRAPHIC EQUIPMENT & SUPPLY
720 WEST 6TH
AMARILLO,  TX 79105


GULF BUSINESS FORMS
2460 SOUTH I H 35
SAN MARCOS, TX 78667


HEAVENLY DONUTS
1000 S. CHADBOURNE
SAN ANGELO,  TX 76903


INDEPENDENT STATIONERS, INC
P O BOX 502030
INDIANAPOLIS, IN 46250


Internal Revenue Service
Bankruptcy Unit
1100 Commerce  Mail Code 5026DAL
Dallas, TX 75242


Internal Revenue Service
Bankruptcy Dept.
PO Box 21126
Philadelphia, PA 19114


JIM BASS FORD
2901 SHERWOOD WAY
SAN ANGELO,  TX 76902


KDM ENTERPRISES LLC
820 COMMERCE PARKWAY
CARPENTERSVILLE, IL 60110


KEY FINANCE
520 S. MAIN ST
DEL RIO, TX 78840
```

KIMBALL INTERNATIONAL
1600 ROYAL STREET
JASPER, IN 47549


KIRBO OFFICE SYSTEMS
1202 W BEAUREGARD
SAN ANGELO, TX 76901


LONGHORN EQUIPMENT CO
2621 MLK BLVD
SAN ANGELO, TX 76903


MAVERICK BUSINESS FORMS INC
10401 U S HWY 259
GILMER, TX 75644


MAXON FURNITURE
21608 85TH AVE. S
KENT, WA 98031


MEDICAL ARTS PRESS
P.O. BOX 37647
PHILADELPHIA, PA 19101


MID CONTINENT OFFICE DIST INC.
2900 FAIRFAX TRAFFICWAY
KANSAS CITY, KS 66115


NAVITOR
P.O. BOX 927
WAYNESBORO, PA 17268


NTS COMMUNICATIONS INC.
P.O. BOX 10730
LUBBOCK, TX  79408

RANGEL PRINTING
1502 W. BEAUREGARD
SAN ANGELO, TX 76901


ROYAL INDUSTRIES
225 25TH STREET
BROOKLYN, NY 11232


RUSH INDEX TABS, INC.
450 MURRAY HILL PARKWAY
UNIT C
EAST RUTHERFORD, NJ 07073


S P RICHARDS
6300 HIGHLANDS PARKWAY
SMYRNA, GA 30082


S.P. Richards Company
Attn: Tom Entz
P.O. Box 1266
Smyrna, GA 30081-1266


Samuel R. Grafton
POPPER & GRAFTON
225 W. 34th Street, Suite 1609
New York, NY 10122-1600


SAN ANGELO CHAMBER OF COMMERCE
418 W AVENUE B
SAN ANGELO, TX 76903


SAN ANGLEO WATER SERVICE
122 W 1ST STREET
SAN ANGELO, TX 76902


SCHNEIDER DISTRIBUTING CO.
403 MARTIN LUTHER KING
SAN ANGELO, TX 76902

```
SHELL
P.O. BOX 689010
DES MOINES, IA 50368


STOUSE, INC.
300 NEW CENTURY PARKWAY
NEW CENTURY, KS 66031


TIME WARNER CABLE
P.O. BOX 650734
DALLAS, TX 75265


TRADE SERVICE
15092 AVENUE OF SCIENCE
SAN DIEGO, CA 92128


TRASHAWAY
1422 HUGHES STREET
SAN ANGELO, TX 76903


TRIMEGA PURCHASING ASSN.
5600 N. RIVER ROAD
STE. 700
DES PLAINES, IL 60018


UNITED STATIONERS
FINANCIAL SERVICES
P O BOX 676502
DALLAS, TX 75267


UPS
7790E3 SHIPPER
P.O. BOX 630016
DALLAS, TX  75263


VERIZON SOUTHWEST
P.O. BOX 920041
DALLAS, TX 75392
```

VIRCO
PO BOX 5000
CONWAY, AR 72033


WASHINGTON MUTUAL
P.O. BOX 78148
PHOENIX, AZ 85062


WELLS FARGO BANK
36 E BEAUREGARD
SAN ANGELO,  TX 76903


WES.TEX
P.O. BOX 1509
BROWNWOOD, TX 76804


WEST CENTRAL WIRELESS
3389 KNICKERBOCKER RD
SAN ANGELO, TX 76902


WESTERN PAPER CO INC
935 AVENUE R
GRAND PRAIRIE, TX  75050


WESTEX
P.O. BOX 1509
BROWNWOOD, TX  76804


WHOLESALE ENVELOPE
2410 RICE
LUBBOCK, TX 79415


WILLIAMSON DICKIE MFG. CO.
P.O. BOX  915156
DALLAS, TX 75391

XEROX CORPORATION
P.O. BOX 7405
PASADENA, CA 91109


ZOOM SEATING
1644 CRYSTAL AVE.
KANSAS CITY, MO 64126\